Patrick J. Reilly, Esq.
Nevada Bar No. 6103
Erica C. Smit, Esq.
Nevada Bar No. 13959
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 222-2542
Fax: (702) 669-4650
Email: preilly@hollandhart.com
ecsmit@hollandhart.com

*Attorneys for Credit One Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY ROCCHIO,<br><br>    Plaintiff,<br>v.<br><br>CREDIT ONE BANK, NATIONAL ASSOCIATION,<br><br>    Defendant. | Case No.: 2:16-cv-02905-JAD-CWH<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT CREDIT ONE BANK, N.A. TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

## STIPULATION

Defendant Credit One Bank, N.A. ("Defendant" or "Credit One") and Plaintiff Anthony Rocchio ("Plaintiff"), by and through their respective counsel of record, stipulate and agree to extend the deadline to **July 31, 2017** for Defendant to answer or otherwise respond to Plaintiff's Complaint.

///

///

///

9956697_1

This stipulation is submitted in good faith and is not for the purpose of delay.

DATED this 23rd day of June, 2017.                DATED this 23rd day of June, 2017.

By:   /s/ Mitchell D. Gliner                   By:   /s/ Patrick J. Reilly
      Mitchell D. Gliner, Esq.                        Patrick J. Reilly, Esq.
      3017 W. Charleston Blvd., #95            Erica C. Smit, Esq.
      Las Vegas, Nevada 89102                     HOLLAND & HART LLP
                                                           9555 Hillwood Drive, Second Floor
                                                           Las Vegas, Nevada 89134

*Attorneys for Anthony Rocchio*               *Attorneys for Credit One Bank, N.A.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT or MAGISTRATE JUDGE

Dated: _ June 26, 2017 _____

Page 2 of 2

9956697_1